UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEANNE BERGFELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CV1025 RWS |
| | ) |
| BOARD OF ELECTION | ) |
| COMMISSIONERS FOR THE | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In order to avoid the appearance of impropriety, the undersigned has determined that he should disqualify himself pursuant to 28 U.S.C. § 455 from handling any matter in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court transfer this case to another Judge.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of July, 2006.