UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEANNE BERGFELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:06CV1025 HEA |
| BOARD OF ELECTION COMMISSIONERS, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This case was assigned to the undersigned by random draw.  The undersigned has determined that he should disqualify himself pursuant to 28 U.S.C. § 455 from handling any matter in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reassign this case to another judge.

Dated this 15th  day of August, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE