## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JEANNE BERGFELD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No.   4:06CV01025 RWS |
| | ) |
| THE BOARD OF ELECTION | ) |
| COMMISSIONERS, FOR THE CITY OF | ) |
| ST. LOUIS, EDWARD R. MARTIN, JR., | ) |
| ANGELETTA MCCORMICK FRANKS and | ) |
| CLARENCE E. DULA, | ) |
| | ) |
|     Defendants. | ) |

### **MOTION FOR LEAVE**

Come now Defendants, by and through their attorneys, and hereby request leave to file their Consent to Jurisdiction by United States Magistrate Judge form on Tuesday, October 31, 2006.

Plaintiff does not object to this request.

                                      Respectfully submitted,

                                      SPENCER FANE BRITT & BROWNE LLP

                                      By:   /s/Thomas D. Veltz
                                           Thomas D. Veltz  #101689
                                           Francis X. Neuner, Jr.  #66925
                                           1 North Brentwood Boulevard
                                           Suite 1000
                                           St. Louis, Missouri  63105
                                           (314) 863-7733 (telephone)
                                           (314) 862-4656 (facsimile)
                                           fneuner@spencerfane.com
                                           tveltz@spencerfane.com

                                      Attorneys for Defendants

220734.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system, upon the following:

C. John Pleban
Lynette Petruska
Talmage E. Newton, IV
Pleban & Associates, L.L.C.
2010 South Big Bend Blvd.
St. Louis, MO  63117

Attorneys for Plaintiff

/s/Thomas D. Veltz