IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEANNE BERGFELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 4:06CV1025 DDN |
| v. | ) |
| | ) |
| THE BOARD OF ELECTION COMMISSIONERS, FOR THE CITY OF ST. LOUIS, et al. | ) ) ) |
| | ) |
| Defendants. | ) |

## RULE 41(a)(1) STIPULATION OF DISMISSAL

COME NOW Plaintiff Jeanne Bergfeld and Defendants The Board of Election Commissioners for the City of St. Louis, Edward R. Martin, Jr., Angeletta McCormick Franks, and Clarence E. Dula, by and through their respective counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this action in its entirety, with each party to bear his/her/its own costs and attorneys' fees.

**PLEBAN & ASSOCIATES, L.L.C.**     **SPENCER FANE BRITT & BROWNE LLP**

By: /s/ Michael J. Schaller                By: /s/ Francis X. Neuner, Jr.
    C. John Pleban, #4066                         Francis X. Neuner, Jr. #48071
    Michael J. Schaller, #105004                 1 North Brentwood, Suite 1000
    2010 South Big Bend Blvd.                    St. Louis, MO 63105
    St. Louis, Missouri 63117                       (314) 863-7733 - Telephone
    (314) 645-6666 – Telephone                  (314) 862-4656 - Facsimile
    (314) 645-7376 – Facsimile                    fneuner@spencerfane.com
Attorneys for Plaintiff                              Attorneys for Defendants

288158.1